# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. SA CV 14-01423 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ATILANO F. MONDRAGON, ET AL.**, | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Atilano F. Mondragon, individually and doing business as Mondragon Market, and Natalia J. Mondragon, individually and doing business as Mondragon Market, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 42.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Atilano F. Mondragon, individually and doing business as Mondragon Market, and Natalia J. Mondragon, individually and doing business as Mondragon Market, shall pay the plaintiff, J & J Sports Productions, Inc., $9,900.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: June 15, 2017

_____

William Keller
United States District Judge